UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-01997-CEM-DCI

HOWARD COHAN,

     Plaintiff,

vs.


BLAZIN WINGS, INC
Foreign Profit Corporation
d/b/a BUFFALO WILD WINGS 328

     Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, BLAZIN WINGS, INC, Foreign Profit Corporation, d/b/a BUFFALO WILD WINGS 328, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED January 24, 2024.

By: **/s/ Gregory S. Sconzo**          By: **/s/ Kimberly R. Rivera**
Gregory S. Sconzo, Esq.          Jessica T. Travers, Esquire
Florida Bar No.: 0105553          Fla. Bar No. 18129 Email:
Sconzo Law Office, P.A.          jtravers@littler.com
3825 PGA Boulevard, Suite 207     Kimberly R. Rivera, Esquire
Palm Beach Gardens, FL 33410     Fla. Bar No.: 124822

Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

Email: krivera@littler.com
LITTLER MENDELSON P.C.
111 North Orange Avenue Suite 1750
Orlando, FL 32801.2366
Telephone: 407.393.2900
Facsimile: 407.393.2929

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on January 24, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

**__/s/ Gregory S. Sconzo_____**
**Gregory S. Sconzo, Esq.**